No. 96–5340.  THOMAS v. SANDERS ET AL.  C. A. 11th Cir. Certiorari denied.

No. 96–5341.  BAKER v. INDEPENDENT ORDER OF FORESTERS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–5343.  HILL v. GOODEN ET AL.  Sup. Ct. Miss.  Certiorari denied.

No. 96–5344.  DERR v. JABE, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 96–5345.  EMMONS v. LUMLEY.  C. A. 11th Cir.  Certiorari denied.

No. 96–5346.  PINEDA DUQUE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–5347.  HARRIS v. UNITED STATES; and
No. 96–5537.  DORSEY v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.  Reported below: 85 F. 3d 617.

No. 96–5348.  SHELLY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 96–5350.  DOTSON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 96–5352.  CAMBAS HERNANDEZ ET AL. v. UNITED STATES. C. A. 11th Cir.  Certiorari denied.

No. 96–5353.  REINBOLD v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 96–5354.  STANTON v. WITKOWSKI, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 96–5355.  LAWAL v. STANLEY BOSTITCH CO. ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 96–5357.  CASTILLO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 96–5358.  CEBALLOS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–5359.  TYNES v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.